

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 1 8 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DANIEL WILLIAMS,                    )        3:13-CV-0557-HDM (VPC)
                                    )
            Plaintiff,              )
                                    )        **ORDER**
      vs.                           )
                                    )
CAROLYN COLVIN,                     )
Acting Commissioner,                )
Social Security Administration,     )
                                    )
            Defendant.              )
_____)

Before the court is plaintiff's application to proceed *in forma pauperis* (#1) filed on October 3, 2013.

I.    **Application to Proceed *In Forma Pauperis***

Plaintiff filed this action and attached a financial affidavit to his application and complaint as required by 28 U.S.C. § 1915(a).  In reviewing plaintiff's financial affidavit pursuant to 28 U.S.C. § 1915, the court finds that plaintiff unable to pre-pay the filing fee.  Therefore, plaintiff's application to proceed *in forma pauperis* (#1) is **GRANTED**.

II.    **Complaint**

Plaintiff brings suit against Carolyn Colvin, Acting Commissioner of the Social Security Administration, alleging that he was wrongfully denied social security disability benefits. Federal courts only have jurisdiction to conduct judicial review of Social Security Administration's financial decision. *See* 42 U.S.C. § 405(g); *see also Pacific Coast Medical Enterprises v. Harris*, 633 F.2d 123, 137 (9th Cir. 1980).  Upon initial review of plaintiff's complaint, it appears that plaintiff fully exhausted his administrative remedies with the Social Security Administration.  The court will therefore allow plaintiff's complaint to proceed as a petition for judicial review of a final agency decision.  Therefore,

1      **IT IS ORDERED** that plaintiff's application to proceed *in forma pauperis* (#1) is **GRANTED**

2  with the caveat that the fees shall be paid if recovery is made.  At this time, plaintiff shall not be

3  required to pre-pay the full filing fee of four hundred dollars ($400.00).

4      **IT IS FURTHER ORDERED** that the clerk of court shall **FILE** the complaint.

5      **IT IS FURTHER ORDERED** that the clerk of court shall **SERVE** the Commissioner of the

6  Social Security Administration by sending a copy of the Summons and Complaint by certified mail to:

7  (1) the General Counsel, Social Security Administration, Room 611, Altmeyer Building, 6401 Security

8  Boulevard, Baltimore, MD 21235; (2) the Attorney General of the United States, Department of Justice,

9  950 Pennsylvania Avenue, N.W., Washington, DC 20530; and (3) Office of the Regional Chief Counsel,

10  Region IX, Social Security Administration, 160 Spear Street, Suite 899, San Francisco, California

11  94105.

12      **IT IS FURTHER ORDERED** that the clerk of court shall **ISSUE** a summons to the Social

13  Security Administration and deliver the summons and complaint to the U.S. Marshal for service on the

14  U.S. Attorney's Office at 100 West Liberty Street, Suite 600, Reno, Nevada  89501.

15      **IT IS FURTHER ORDERED** that defendants shall have **sixty (60) days** from the date of

16  service to file their answer or other responsive pleading to plaintiff's complaint in this case.

17      **IT IS FURTHER ORDERED** that henceforth, plaintiff shall serve upon defendant, or

18  defendant's attorney, a copy of every pleading, motion, or other document submitted for consideration

19  by the court.  Plaintiff shall include with the original paper submitted for filing a certificate stating the

20  date that a true and correct copy of the document was mailed to defendant or defendant's counsel.  The

21  court may disregard any paper received by a district judge, magistrate judge, or clerk which fails to

22  include a certificate of service.

23      DATED:  November 18, 2013.

24

25                       UNITED STATES MAGISTRATE JUDGE

26

27

28                               2